**Dismissed and Opinion Filed December 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00378-CV

### KELVIN PRUITT, Appellant

### V.

### EL LAGO APARTMENTS, Appellee

**On Appeal from the County Court at Law No. 3
Collin County, Texas
Trial Court Cause No. 003-00583-2015**

## MEMORANDUM OPINION
Before Justices Fillmore, Myers, and Whitehill
Opinion by Justice Whitehill

Although cautioned by postcard dated November 19, 2015 that failure to file his brief by November 30, 2015 would result in dismissal of the appeal, appellant has failed to file his brief or otherwise communicate with the Court. *See* TEX. R. APP. P. 38.8(a)(1). Accordingly, we dismiss the appeal. *See id.*, 42.3(b), (c).

150378F.P05

/Bill Whitehill/
BILL WHITEHILL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KELVIN PRUITT, Appellant

No. 05-15-00378-CV        V.

EL LAGO APARTMENTS, Appellee

On Appeal from the County Court at Law
No. 3, Collin County, Texas
Trial Court Cause No. 003-00583-2015.
Opinion delivered by Justice Whitehill.
Justices Fillmore and Myers participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** appellee El Lago Apartments recover its costs, if any, of this appeal from appellant Kelvin Pruitt.

Judgment entered December 17, 2015.